Amy Ramsey (SBN 315981)
Alejandro J. Castro (SBN 316541)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
aramsey@ebglaw.com
acastro@ebglaw.com

Attorneys for Defendant
REGENLAB USA LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHIQUITA BATTLE, an individual,

Plaintiff,

v.

REGENLAB USA LLC, a Delaware limited liability company, ANTOINE TURZI, an individual, and DOES 1 to 20, inclusive

Defendants.

Case No.: 20STCV44334

Hon. Gregory Keosian, Dept. 61
Complaint Filed: November 18, 2020

**DECLARATION OF ANTOINE TURZI IN SUPPORT OF DEFENDANT REGENLAB USA LLC'S REMOVAL OF ACTION**

**DECLARATION OF ANTOINE TURZI**

I, Antoine Turzi, hereby declare and state as follows:

1. I have personal knowledge of the facts and matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

2. I am the Chief Executive Officer of RegenLab USA LLC. As part of my job duties, I am familiar with the organizational structure of RegenLab USA LLC.

3. RegenLab USA LLC is a Delaware Limited Liability Company ("LLC"), and it maintains its principal place of business in New York, New York.

4. RegenLab USA LLC has a sole member, which is RegenLab SA. RegenLab SA is a Swiss corporation, formed under Swiss law with its principal place of business in Le Mont-sur-Lausanne, Switzerland.

5. RegenLab SA is a privately held corporation, with only two shareholders, both of whom are individuals. One is a citizen of France, and the other is a citizen of Canada. Neither reside in California.

6. RegenLab USA LLC and I were notified of this lawsuit on December 10, 2020, when we received a copy of the Summons and Complaint via U.S. Mail sent to RegenLab USA LLC's principal place of business in New York.

7. In connection with my duties as CEO, I have access to contact information furnished to RegenLab USA LLC by its employees. I have confirmed from Plaintiff's employment records that the address Plaintiff used throughout her employment with RegenLab USA LLC is in Burbank, California.

8. I am a defendant in this action and consent to the removal filed by RegenLab USA, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2021 at Brooklyn, New York.

[signature]

Antoine Turzi