RICHARD LLOYD SHERMAN, ESQ. (State Bar No. 106597)
(richard@shermanlawgroup.com)
ABHAY KHOSLA, ESQ. (State Bar No. 223555)
(abhay@shermanlawgroup.com)
**SHERMAN LAW GROUP**
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212-2929
Telephone:  (310) 246-0321
Facsimile:   (310) 246-0305

Attorneys for Plaintiff CHIQUITA BATTLE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIQUITA BATTLE**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**REGENLAB USA LLC**, a Delaware limited liability company, **ANTOINE TURZI**, an individual, and DOES 1 to 20, inclusive<br><br>Defendants. | CASE NO.: 2:21-CV-00196-MCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed: November 18, 2020 |

## STIPULATION OF THE PARTIES

Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiff Chiquita Battle ("***Battle***" or "***Plaintiff***") and Defendants RegenLab USA LLC and Antoine Turzi (collectively "***Defendants***"), by and through their respective counsel, hereby stipulate that this action is dismissed with prejudice, with parties to bear their own costs and fees.

Dated: March 8, 2022                    **SHERMAN LAW GROUP**

                                        By: /s/ Richard Lloyd Sherman
                                        RICHARD LLOYD SHERMAN, ESQ.
                                        Attorneys for Plaintiff CHIQUITA BATTLE

Dated: March 8, 2022

**EPSTEIN BECKER & GREEN**

By: *Amy G. Ramsey*
AMY RAMSEY, ESQ.
Attorneys for Defendants RegenLab USA and Antoine Turzi